E-FILED
Tuesday, 31 May, 2005   03:21:24 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF ILLINOIS

SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) |
| | ) COURT NO. |
| v. | ) 97-30004-001 |
| | ) |
| Albert J. Muick, | ) |
| | ) |
| Defendant. | ) |

### SATISFACTION OF MONETARY JUDGMENT

The Monetary Judgment in the above-entitled case has been paid in full, therefore the Clerk of the United States District Court for the Central District of Illinois is authorized and empowered to satisfy and cancel the Judgment of record.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

DATE: May 31, 2005

s/Elizabeth L. Collins
_____
By:    Elizabeth L. Collins, Bar No. 487864
Attorney for Plaintiff
United States Attorneys Office
318 S. 6th Street
Springfield, Illinois 62701
Telephone: 217-492-4450
Fax: 217-492-4888
E-mail: Beth. Collins@usdoj.gov

## CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing **SATISFACTION OF JUDGMENT** has been mailed to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

>Albert J. Muick
>P.O. Box 771
>Tinian, MP 96952

May 31, 2005

>s/Elizabeth L. Collins
>_____

By:  Elizabeth L. Collins, Bar No. 487864
>Attorney for the Plaintiff
>United States Attorneys Office
>318 S. 6th Street
>Springfield, Illinois 62701
>Telephone: 217-492-4450
>Fax:  217-492-4888
>E-Mail: Beth.Collins@usdoj.gov